HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
THOMAS FASOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THOMAS FASOLD, )<br><br>Defendant. )<br>_____ ) | Case No.  1:13-mj-00240 SAB<br><br>JOINT MOTION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) and ORDER<br><br>Date:  June 18, 2015<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

The parties, through their respective counsel, Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Thomas Fasold, hereby move pursuant to 18 U.S.C. § 3563(c) to modify the term of Mr. Fasold's probation.  Presently, Mr. Fasold's probation is set to expire on March 13, 2015.

Mr. Fasold was sentenced by this Court on March 14, 2014, to pay a $1,000 fine and a $10 special assessment and to serve one year of unsupervised probation, with the following conditions: (1) Mr. Fasold must make monthly payments of $100.00 toward his fine; (2) Mr. Fasold must obey all laws; and (3) Mr. Fasold must attend an Alcoholic Anonymous meeting once a week for nine months.

The parties jointly request that Mr. Fasold's probation be modified by extending Mr. Fasold's probation for one year, with a new expiration date of March 13, 2016.  The parties

1   request this extension because Mr. Fasold has been diagnosed with a serious health condition

2   and, as a result, has been unable to work and has no income.  Although he has applied for SSD,

3   the process is long and he has not yet received benefits.  At this time, Mr. Fasold is hopeful that

4   he will be done with treatment and able to reenter the workforce by the end of March 2015.

5           The parties further request that the Court schedule a review hearing for June 18, 2015.

6   This will give the Court and the parties an opportunity to gauge Mr. Fasold progress and

7   determine whether any further modification of the terms of Mr. Fasold's probation is necessary.

8           WHEREFORE, the parties request that Mr. Fasold's term of probation be extended for

9   one year pursuant to 18 U.S.C. § 3563(c).

10                                              Respectfully submitted,

11                                              BENJAMIN B. WAGNER

12                                              United States Attorney

13  Date:  January 14, 2015              */s/ Bayleigh J. Pettigrew*_____

14                                              BAYLEIGH J. PETTIGREW
                                                Special Assistant United States Attorney
15                                              Attorney for Plaintiff

16                                              HEATHER E. WILLIAMS

17                                              Federal Defender

18  Date: January 14, 2015               */s/ Erin Snider*_____

19                                              ERIN SNIDER
                                                Assistant Federal Defender
20                                              Attorney for Defendant
                                                THOMAS FASOLD
21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

**O R D E R**

2          Pursuant to the parties' joint request to extend the term of Mr. Fasold's probation, the

3  Court hereby modifies under 18 U.S.C. § 3563(c) Mr. Fasold's probation as follows: Mr.

4  Fasold's probation is extended for one year, to expire on March 13, 2016.  A review hearing

5  shall be held on June 18, 2015, at 10:00 a.m. in Courtroom 9 before the undersigned.  The

6  defendant is also ordered to file a probation status report 14 days prior to the hearing.

7

8  IT IS SO ORDERED.

9  Dated:   **January 15, 2015**

10                                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28