HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
THOMAS FASOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS FASOLD, <br><br> Defendant. | Case No.  1:13-mj-00240-SAB <br><br> SUPPLEMENTAL STATUS REPORT; REQUEST TO APPEAR TELEPHONICALLY; ORDER THEREON <br><br> Date:   August 20, 2015 <br> Time:   10:00 a.m. <br> Judge: Hon. Stanley A. Boone |

Defendant Thomas Fasold hereby files this supplemental status report and request to appear by telephone at the August 20, 2015 review hearing.

Mr. Fasold was sentenced by this Court on March 14, 2014, to pay a $1,000.00 fine and a $10.00 special assessment and to serve one year of unsupervised probation, with the following conditions: (1) Mr. Fasold must make monthly payments of $100.00 toward his fine; (2) Mr. Fasold must obey all laws; and (3) Mr. Fasold must attend an Alcoholic Anonymous meeting once a week for nine months.  On January 15, 2015, the Court extended Mr. Fasold's term of unsupervised probation for one year, to expire on March 13, 2016.

As the Court is aware from Mr. Fasold's prior status reports, Mr. Fasold has made one $100.00 payment toward his fine, leaving a remaining balance of $910.00.  Mr. Fasold attended seventeen AA meetings between December 16, 2014, and April 14, 2015.

Mr. Fasold recently completed his medical treatment.  He began attending Alcoholic

Anonymous classes again in early July 2015. *See* Ex. A. He attended five classes between July 2, 2015, and August 5, 2015. *See* Ex. A. Mr. Fasold also recently obtained employment at a hardware store. He will be working thirty-two hours a week. His first day is August 15, 2015.

In light of the foregoing, Mr. Fasold respectfully requests that the Court permit him to appear by telephone at the August 20, 2015 hearing. Given that Mr. Fasold is set to begin a new job on August 15, 2015, it would be a serious hardship for Mr. Fasold to travel to Fresno to appear in court for the review hearing. The Court indicated at the last review hearing that it would require Mr. Fasold to appear, at a minimum, by video conference. Mr. Fasold respectfully requests that the Court reconsider, as he would like to avoid asking for time off from his new job.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2015          */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              THOMAS FASOLD

**O R D E R**

Mr. Fasold's request to appear by telephone at the August 20, 2015 review hearing is GRANTED.

IT IS SO ORDERED.

Dated:   **August 7, 2015**

UNITED STATES MAGISTRATE JUDGE