# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-mj-00240-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| THOMAS FASOLD, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Presence in park under the influence of alcohol, 36 C.F.R. § 2.35(c)

**Sentence Date:** March 14, 2014

**Review Hearing Date:** December 3, 2015

**Probation Expires On:** March 13, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee: $ 0; Restitution: $ 0

☒ Payment schedule of $ 100 per month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant shall attend AA meetings at least once weekly for nine months.

### COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 400.
☒ If not paid in full when was last time payment: Date: 11/16/2015
Amount: $200

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant continues to attend AA meetings at least once weekly and has provided the government with proof of attendance for verification.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance: Defendant was ordered to pay $100 per month in August. Defendant made no payment in August or September. Defendant did make a $100 payment in October. Defendant has provided a copy of a check allegedly mailed on November 16, 2015 in the amount of $ 200.00, but as of today's date, the clerk's office has not received it.

Government Attorney: /s/*Bayleigh J. Pettigrew*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/3/2015 at 10:00 am

☒ be continued to 3/10/2016 at 10:00 a.m.; or

☐ be vacated.

☒ In the event that the review hearing remains on Calendar for 12/3/2015, that Defendant be permitted to appear by telephone at the review hearing. Defendant resides in Las Vegas, Nevada and the cost of travelling to Fresno for the hearing would cause a significant financial hardship.

DATED: 11/17/2015                              */s/ Megan T. Hopkins*
                                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. Defendant shall personally appear. In addition, Defendant shall provide to the Court all his financial records, including but not limited to copies of all bank statements, credit card statements, check registers, pay stubs, public assistance payments, etc. from January 1, 2015 to the present.

IT IS SO ORDERED.

Dated:  **November 20, 2015**                    _____
                                                              UNITED STATES MAGISTRATE JUDGE