HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
THOMAS FASOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-mj-00240-SAB |
|---|---|---|
| Plaintiff, | ) ) | SUPPLEMENTAL STATUS REPORT; ATTACHMENTS THERETO; REQUEST TO |
| vs. | ) ) | APPEAR TELEPHONICALLY; ORDER |
| THOMAS FASOLD, | ) ) | Date:   December 3, 2015 |
| Defendant. | ) ) | Time:   10:00 a.m. Judge: Hon. Stanley A. Boone |
|  | ) |  |

Defendant Thomas Fasold hereby files this supplemental status report and request to appear by telephone at the December 3, 2015 review hearing.

Mr. Fasold was sentenced by this Court on March 14, 2014, to pay a $1,000.00 fine and a $10.00 special assessment and to serve one year of unsupervised probation, with the following conditions: (1) Mr. Fasold must make monthly payments of $100.00 toward his fine; (2) Mr. Fasold must obey all laws; and (3) Mr. Fasold must attend an Alcoholic Anonymous meeting once a week for nine months.  On January 15, 2015, the Court extended Mr. Fasold's term of unsupervised probation for one year, to expire on March 13, 2016.

As the Court is aware from Mr. Fasold's prior status reports and the attached updated inquiry report, Mr. Fasold has made $400.00 in payments toward his fine, leaving a remaining balance of $610.00.  Mr. Fasold has attended AA meetings as ordered, and which have been verified by the government.

1       Mr. Fasold recently obtained employment at a hardware store and is able to make regular
2  payments towards his fine and will be able to pay off the balance of his fine prior to the end of
3  his probation in March 2016.  Mr. Fasold has provided financial documentation as requested by
4  the court, which is attached to this supplemental report.
5       In light of the foregoing, Mr. Fasold respectfully requests that the Court permit him to
6  appear by telephone at the December 3, 2015 hearing.  Given that Mr. Fasold is currently
7  working at a new job and has limited financial resources, it would be a serious hardship for Mr.
8  Fasold to travel to Fresno to appear in court for the review hearing.  The Court has ordered Mr.
9  Fasold to personally appear on December 3, 2015.  Mr. Fasold respectfully requests that the
10 Court reconsider, as he could potentially lose his job if required to take the time off necessary to
11 make the trip to Fresno, and the cost of the travel would be equivalent to two month's payments
12 towards his fine.

                                             Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

Date: November 25, 2015              */s/ Megan T. Hopkins*
                                             MEGAN T. HOPKINS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             THOMAS FASOLD


## **O R D E R**

Mr. Fasold's request to appear by telephone at the December 3, 2015 review hearing is GRANTED.

IT IS SO ORDERED.

Dated:   **November 30, 2015**
                                             UNITED STATES MAGISTRATE JUDGE