# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00240 SAB |
| Plaintiff, | ORDER EXTENDING DEFENDANT'S CONDITIONS AND TERM OF PROBATION |
| v. | |
| THOMAS FASOLD, | |
| Defendant. | |

This matter came before the Court on December 3, 2015 for a probation status review hearing. Bayleigh Pettigrew appeared on behalf of the United States and Megan Hopkins appeared on behalf of defendant. Pursuant to an order of the Court, defendant, Thomas Fasold, appeared telephonically.

After discussion by the Court including defendant's lack of financial priority when it came to paying his outstanding criminal fines, the parties agreed to a stipulated modification of defendant's probation to include an extension of his probation term for the purposes of ensuring the complete pay-off of his fine amounts. The Court added an additional condition as part of that modified in that the defendant that pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in his economic circumstances that might affect his ability to pay the full financial obligation. Accordingly,

**IT IS SO ORDERED** and good cause appearing that pursuant to 18 U.S.C. § 3563(c), the Court modifies the conditions of Mr. Fasold's unsupervised probation as follows:  Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in his economic circumstances that might affect his ability to pay the full financial obligation.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3563(d), the Court extends the term of Mr. Fasold's term of unsupervised probation for an additional  6 months, to expire September 13, 2016.  A review hearing is set for  September 18, 2016 at 10:00 before this Court.  The defendant is ordered to appear and ordered to file a status report on or before February 16, 2016.

All other conditions of the defendant's probation shall remain the same.

IT IS SO ORDERED.

Dated:   **December 7, 2015**

_____
UNITED STATES MAGISTRATE JUDGE