IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>THOMAS FASOLD,<br><br>                Defendant. | Case No.  1:13-mj-00240-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

   PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

   **Convicted of:**   Presence in park under the influence of alcohol, 36 C.F.R. § 2.35(c)

   **Sentence Date:**   March 14, 2014

   **Review Hearing Date:** February 18, 2016

   **Probation Expires On:** September 13, 2016

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:**  $1,010.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee: $ 0; Restitution: $ 0

☒   Payment schedule of $ 100 per month.

☐   **Community Service hours Imposed of:**

☒   **Other Conditions:**  Defendant shall attend AA meetings at least once weekly for nine months.

*COMPLIANCE:*

☐   Defendant has complied with and completed <u>all</u> conditions of probation described-above.

   **Otherwise:**

☒   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

       If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒   To date, Defendant has paid a total of $ 700.
      ☒ If not paid in full when was last time payment:    Date: 2/10/2016
                                                            Amount: $100

☐   To date, Defendant has performed Click here to enter text.  hours of community service.

☒   Compliance with Other Conditions of Probation:  Defendant continues to attend AA meetings at least once weekly.

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:

The government does not necessarily disagree with the above-described compliance, but will not have the information to confirm it until 2/16/16.

Government Attorney:  /s/ Katherine A. Plante

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/18/2016 at 10:00 am

☒ be continued to 6/16/2016 at 10:00 a.m.; or

☐ be vacated.

☒ In the event that the review hearing remains on Calendar for 2/18/2016, that Defendant be permitted to appear by telephone at the review hearing. Defendant resides in Las Vegas, Nevada and the cost of travelling to Fresno for the hearing would cause a significant financial hardship.

DATED: 2/15/2016                                   /s/ Megan T. Hopkins
                                                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for February 18, 2016 at 10:00 a.m. be continued to April 21, 2016 at 10:00 a.m.  Defendant is ordered to personally appear and provide a status report 7 days prior to the status hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE