# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-mj-00240-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| THOMAS FASOLD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Presence in park under the influence of alcohol, 36 C.F.R. § 2.35(c)

**Sentence Date:** March 14, 2014

**Review Hearing Date:** April 21, 2016

**Probation Expires On:** September 13, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee: $ 0; Restitution: $ 0

☒ Payment schedule of $ 100 per month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant shall attend AA meetings at least once weekly for nine months.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 800.
☒ If not paid in full when was last time payment: Date: 3/14/2016
Amount: $100

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant continues to attend AA meetings at least once weekly. The latest AA attendance record has been filed with the court.

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Katherine A. Plante*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/21/2016 at 10:00 am

    ☒ be continued to 8/18/2016 at 10:00 a.m.; or

    ☐ be vacated.

☒ In the event that the review hearing remains on Calendar for 4/21/2016, that Defendant be permitted to appear by telephone at the review hearing. Defendant resides in Las Vegas, Nevada and the cost of travelling to Fresno for the hearing would cause a significant financial hardship.

DATED: 4/4/2016         */s/ Megan T. Hopkins*
       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 21, 2016 at 10:00 a.m. be continued to June 16, 2016 at 10:00 a.m. Defendant shall file a status report 14 days prior to the review hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: __**April 6, 2016**__                  UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)