# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:13-mj-00240-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| THOMAS FASOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**  Presence in park under the influence of alcohol, 36 C.F.R. § 2.35(c)

**Sentence Date:**  March 14, 2014

**Review Hearing Date:** June 16, 2016

**Probation Expires On:** September 13, 2016

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee: $ 0; Restitution: $ 0

☒ Payment schedule of $ 100 per month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:**  Defendant shall attend AA meetings at least once weekly for nine months.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☒ If not paid in full when was last time payment:    Date:
                                  Amount: $

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

**_GOVERNMENT POSITION:_**

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  _/s/ Katherine A. Plante_

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 6/16/2016 at 10:00 am

☐    be continued to 8/18/2016 at 10:00 a.m.; or

☒    be vacated.

☒    In the event that the review hearing remains on Calendar for 6/16/2016, that Defendant be permitted to appear by telephone at the review hearing. Defendant resides in Las Vegas, Nevada and the cost of travelling to Fresno for the hearing would cause a significant financial hardship.

DATED:  6/6/2016                              _/s/ Megan T. Hopkins_
                                                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:    **June 7, 2016**

                                                     UNITED STATES MAGISTRATE JUDGE